**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MARVIN RAY TANNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-0527-BH-C |
| ENVIRONMENTAL TREATMENT TEAM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is before the Court on the motion (Doc. 29) for summary judgment filed by the defendant, Environmental Treatment Team ("ETT"), as well as ETT's motion (Doc. 54) to strike certain affidavits filed by the plaintiff in support of his opposition to the motion for summary judgment. Upon consideration of ETT's motions, plaintiff's response in opposition thereto (Docs. 49-50), ETT's reply (Doc. 53), and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that ETT's motions are due to be and are hereby **DENIED**. The Court specifically concludes that plaintiff's age discrimination claims are not time-barred and that material issues of fact preclude summary judgment on such claims in ETT's favor. The Court further concludes that the affidavits challenged by ETT each contain sufficient competent evidence to warrant a denial of ETT's motion to strike them in their entirety and that, to the extent each affidavit may be said to include inadmissible or inappropriate matters, ETT's motion is hereby declared

**MOOT** in light of the Court's decision that sufficient competent evidence has been proffered to establish that ETT is not entitled to summary judgment in its favor.

     **DONE** this 14th day of June, 2005.

                                                    s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE